| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Printers Row, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Blake Hotel; Hotel Blake | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>500 S. Dearborn St.<br>Chicago, IL<br>ZIP CODE 60605 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o Paul Hastings Janofsky & Walker LLP<br>191 N. Wacker Dr., 30th Floor, Chicago, IL<br>Attn: Brad Ritter, Esq.<br>ZIP CODE 60606 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>--------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: N/A | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>**Rickard M. Bendix, Esq.**<br>Printed Name of Attorney for Debtor(s)<br>**Schwartz Cooper Chartered**<br>Firm Name **180 N. LaSalle St., Ste. 2700**<br>Address<br>**Chicago, IL 60601**<br>**312-845-5443**<br>Telephone Number<br>**7/3/2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Thomas Balames**<br>Printed Name of Authorized Individual<br>Manager of the sole member of Printers Row, LLC<br>Title of Authorized Individual<br>**7/2/2008**<br>Date | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRINTERS ROW, LLC, | ) Case No. 08 - _____ (___) |
| | ) |
| | ) Hon. |
| Debtor. | ) |

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on July 3, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 1. | Accelerated Assets, LLC | Accelerated Assets, LLC c/o Paul Hastings Janofsky & Walker LLP | Loan | | $7,422,366.43+ |

LEGAL_US_E # 80042158.3

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 191 N. Wacker Dr., 30th Floor Chicago, IL 60606 Attn: Brad Ritter, Esq. Tel: 312-499-600 Fax: 312-499-6100 |   |   |   |
| 2. | Unknown[1] |   |   |   |   |
| 3. |   |   |   |   |   |

---

[1] As discussed in the Declaration of Thomas Balames in Support of Chapter 11 Petition and First Day Orders, the Debtor has been denied access to its property and its books and records by representatives of its former owners. Accordingly, the Debtor is unaware of the identity of the remaining holders of its twenty largest unsecured creditors. Upon obtaining access to its books and records, the Debtor intends to amend this list.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRINTERS ROW, LLC, | ) | Case No. 08 - _____ (____) |
| | ) | |
| | ) | Hon. |
| Debtor. | ) | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Thomas Balames, Managing Partner of Accelerated Assets, LLC, the entity who is the owner of the named debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 3, 2008

Name: Thomas Balames
Title: Manager of the sole member of Printers Row, LLC

## N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  )      Chapter 11
                                        )
PRINTERS ROW, LLC,                      )      Case No. 08 - _____ ( ___ )
                                        )
                                        )      Hon.
            Debtor.                     )

### PRINTERS ROW, LLC'S STATEMENT
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(i), Printers Row, LLC (the "Debtor") respectfully represents that Accelerated Assets, LLC directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: July 3, 2008

_____
Name: Thomas Balames
Title: Manager of the sole member of
       Printers Row, LLC

LEGAL_US_E # 80042158.3

## CERTIFICATE OF THE MEMBER OF PRINTERS ROW, LLC

Dated: July 3, 2008

I, Thomas Balames, Managing Partner of Accelerated Assets, LLC, the entity who is the owner of Printers Row, LLC (the "Company"), do hereby certify the following at and as of the date hereof:

(i)     I am the duly elected, qualified and acting Managing Partner of Accelerated Assets, LLC;

(ii)    attached as <u>Annex A</u> hereto is a true, accurate and complete copy of the written consent adopted by the sole member of Printers Row, LLC (the "Consent");

(iii)   such Consent was adopted by the Sole Member in accordance with the Illinois Limited Liability Company Act;

(iv)    such Consent has not been amended, modified or rescinded since adopted, and is in full force and effect as of the date hereof; and

(v)     such Consent is the only resolutions relating to the subject matter thereof adopted by the sole member of the Company.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name: Thomas Balames
Title:  Manager of the sole member of Printers Row, LLC

LEGAL_US_E # 80042158.3

## ANNEX A

# PRINTERS ROW, LLC

## WRITTEN CONSENT
## OF THE SOLE MEMBER

July 2, 2008

The undersigned, being the sole member (the "*Member*") of Printers Row, LLC, an Illinois limited liability company (the "*Company*"), does hereby waive notice for a meeting of the members and does hereby consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Member at a duly convened meeting held for such purpose, all in accordance with the Illinois Limited Liability Company Act.

### I.    Bankruptcy Filing

WHEREAS, the Company is currently involved in a restructuring, sale of the property and potential liquidation of the Company, and the Member deems it to be advisable and in the best interests of the Company and its creditors to continue the restructuring, sale of the property and potential liquidation of the Company;

WHEREAS, the Member deems it to be advisable and in the best interests of the Company and its creditors for the Company to seek relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*");

NOW, THEREFORE, BE IT RESOLVED, that the Company shall seek relief under Chapter 11 of Title 11 of the Bankruptcy Code;

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as such Authorized Person shall determine in consultation with the Member;

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Member shall hereafter approve, including, but not limited to, the sale of all or substantially all of the Company's assets and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as such Authorized Person shall determine in consultation with the Member;

RESOLVED FURTHER, that (i) the engagement, under an advance payment, of the law firm of Schwartz Cooper Chartered ("*Schwartz Cooper*") as counsel for the Company in connection with the Company's Chapter 11 case is hereby adopted and approved and (ii) the previously approved engagement of Schwartz Cooper as the Company's legal counsel in

connection with the potential restructuring of the Company is hereby ratified, acknowledged and affirmed;

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to retain and employ such other attorneys, investment bankers, accountants, and other professionals to assist in the Company's Chapter 11 case, on such terms as such Authorized Person deems necessary or proper; and

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to execute and file all petitions, schedules, agreements, motions lists, applications, pleadings, instruments, certificates and other documents, and to take any and all actions, as such Authorized Person shall, as evidenced by its or their execution and delivery of taking thereof, deem necessary, desirable or appropriate in connection with any transaction contemplated by the foregoing resolutions, including seeking authority to sell, and selling, all or substantially all of the Company's assets and/or to borrow, and borrowing, amounts from a credit provider under a postpetition financing facility, and granting liens, guarantees, pledges, mortgages and other security therefore (collectively, the "*Sale/Financing Actions*"); provided that the Authorized Persons are not authorized to take any Sale/Financing Action without the consent of the Member.

## II.   General

NOW, THEREFORE, BE IT RESOLVED, the "*Authorized Persons*" referenced in this consent shall be Thomas Balames, including its officers, directors, principals and employees, the Member, or any appropriate officer of the Member;

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to make all payments and incur all expenses in connection with any transaction contemplated by these resolutions as they, or any of them, shall deem to be necessary, desirable, or appropriate;

RESOLVED FURTHER, that the Authorized Persons be, and each of them individually hereby is, authorized and empowered to do or cause to be done all further acts and things (including the execution of all such further documents, papers, and instruments) as they or any of them may deem necessary, desirable, or appropriate in order to carry into effect the purposes and intent of the foregoing resolutions; and, if specific forms of resolutions are necessary, desirable, or appropriate to accomplish the transactions contemplated by the foregoing resolutions, then the same shall be deemed to have been and hereby are adopted, and any appropriate officer of the Company is authorized to certify the adoption of all such resolutions as though such resolutions are part of this written consent;

RESOLVED FURTHER, that each of the lawful acts of the Authorized Persons taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted, and confirmed as if each such act had been presented and approved prior to being taken;

RESOLVED FURTHER, that any appropriate officer of the Company hereby is authorized, empowered, and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof; and

RESOLVED FURTHER, that this consent may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first set forth above.

**MANAGER:**

**PRINTERS ROW, LLC,**
an Illinois limited liability company

By:   Accelerated Assets, LLC,
      its sole member

By:   _____
      Name: Thomas Balames
      Title: Managing Partner

| Form **LLC-1.36/ 1.37** July 2005<br>Secretary of State Jesse White<br>Department of Business Services<br>Limited Liability Division<br>Room 351 Howlett Building<br>501 S. Second St.<br>Springfield, IL 62756<br>www.cyberdriveillinois.com<br>Payment must be made by business firm check payable to Secretary of State. (If check is returned for any reason this filing will be void.) | **Illinois Limited Liability Company Act**<br>Statement of Change of Registered Agent and/or Registered Office<br><br>**SUBMIT IN DUPLICATE**<br>Must be typewritten<br><br>This space for use by Secretary of State.<br><br>Filing Fee: $25<br>Approved: | FILE #<br><br>This space for use by Secretary of State. |
|---|---|---|

1. Limited Liability Company Name: **Printers Row, LLC**

2. Name and Address of Registered Agent and Registered Office as they appear on the records of the Office of the Secretary of State (before change):

   Registered Agent __Ariel_____ _____ __Weissberg_____
                                                   First Name              Middle Name             Last Name

   Registered Office __401 S. LaSalle Street__ _____ __Suite #403__
                                        Number   Street                 Suite No. (P.O. Box alone is unacceptable)

                              __Chicago, IL__    __60605__    __Cook County__
                               City                 ZIP Code         County

3. Name and Address of Registered Agent and Registered Office shall be (after all changes herein reported):

   Registered Agent __Illinois Corporation Service Company__
                                        First Name            Middle Name           Last Name

   Registered Office __801 Adlai Stevenson Drive__
                                  Number   Street              Suite No. (P.O. Box alone is unacceptable)

                            __Springfield, IL__       __62703__       __Sangamon__
                              City                ZIP Code       County

4. The address of the registered office and the address of the business office of the registered agent, as changed, will be identical.

5. The above change was authorized by: (check one box only)
   a. ☒ resolution duly adopted by the members or managers. (See Note 4.)
   b. ☐ action of the registered agent. (See Note 5.)

**SEE REVERSE FOR SIGNATURE(S).**

Printed by authority of the State of Illinois. February 2006 — 5M — LLC-36

6. **If the change to the registered agent or registered office is authorized by the members or managers, sign here. (See Note 4 below.)**

The undersigned affirms, under penalties of perjury, having authority to sign hereto, that this statement to change the registered agent or address is to the best of my knowledge and belief, true, correct and complete.

Dated July _____ 3 _____, 2008
            Month/Day                 Year

_____
Signature (Must comply with Section 5-45 of ILLCA.)

Thomas Balames, Managing Partner of Accelerated Assets, LLC
Name and Title (type or print)

the sole member of Printers Row, LLC
If the member or manager signing this document is a company or other entity, state name of company and indicate whether it is a member or manager of the Limited Liability Company.

**If change of registered office by registered agent, sign here. (See Note 5 below.)**

The undersigned, under penalties of perjury, affirms that the facts stated herein are true, correct and complete.

Dated XXXXXXXXXXXXXXXXXXXXXXXX , XXXXXXX
          Month/Day               Year

_____
Signature of Registered Agent of Record

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name (type or print)
If registered agent is a corporation,
name and title of officer who is signing on its behalf.

## NOTES

1. The registered office may, but need not be, the same as the principal office of the Limited Liability Company; however, the registered office and the office address of the registered agent must be the same.

2. The registered office must include a street or road address (P.O. Box alone is unacceptable).

3. A Limited Liability Company cannot act as its own registered agent.

4. Any change of registered agent or registered address effected by the Limited Liability Company must be by resolution adopted by the members or managers.

5. The registered agent may report a change of the registered office of the Limited Liability Company for which he/she is a registered agent. When the agent reports such a change, this statement must be signed by the registered agent. If a corporation is acting as the registered agent, a duly authorized officer of such corporation must sign this statement.