**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| PRINTERS ROW, LLC., | ) The Honorable Eugene R. Wedoff |
| | ) Case No. 08-17301 |
| Debtor. | ) |

**FINAL ORDER, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE: (A) PROHIBITING COMMONWEALTH EDISON FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST, THE DEBTOR ON ACCOUNT OF UNPAID PREPETITION INVOICES; AND (B) DETERMINING THAT COMMONWEALTH EDISON IS ADEQUATELY ASSURED OF FUTURE PAYMENT**

This matter coming before the Court on the Motion of Debtor and Debtor in Possession, Pursuant to Section 366 of the Bankruptcy Code, for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Unpaid Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein (the "Motion"), filed by the debtor and debtor in possession in the above-captioned case (the "Debtor"); the Court having continued the Motion as to Commonwealth Edison Company ("ComEd") for a hearing (the "Hearing") on July 29, 2008 at 10:00 a.m.; the Court having reviewed the Motion and having considered the statements of counsel and the parties having reached agreement; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion and the Hearing was sufficient under the circumstances:

IT IS HEREBY ORDERED THAT:

1. The Debtor shall deliver to ComEd two (2) adequate assurance deposits (the "Adequate Assurance Deposits"), each in the amount of $14,242.32, the first to be received by ComEd on or before August 11, 2008, and the second to be received by ComEd on or before August 25, 2008.

2. The Adequate Assurance Deposits shall be delivered to ComEd at the following address:

> Elizabeth (Betsy) Soehren Jones
> Principal Analyst
> Commonwealth Edison Company
> Revenue Management Department
> 2100 Swift Drive
> Oak Brook Terrace, IL 60523

3. Unless and until the Debtor fails to deliver either Adequate Assurance Deposit in accordance with Paragraphs 1 and 2, above, ComEd is hereby (a) deemed to have adequate assurance of payment under section 366 of the Bankruptcy Code, and (b) forbidden from discontinuing, altering or refusing service on account of any unpaid prepetition charges, or requiring additional assurance of payment (other than the Adequate Assurance Deposits).

4. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 29, 2008
Chicago, Illinois

UNITED STATES BANKRUPTCY JUDGE