**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRINTERS ROW, LLC., | ) | The Honorable Eugene R. Wedoff |
| | ) | Case No. 08-17301 |
| Debtor. | ) | |
| | ) | Hearing Date: November 4, 2008 at 10:00 a.m. |
| | ) | Objection Deadline: October 31, 2008 at 5:00 p.m. |

## NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that on October 14, 2008, the Court entered the **Interim Order Pursuant To 11 U.S.C. Sections 105, 361, 362, And 364 And Rules 2002, 4001 And 9014 Of The Federal Rules Of Bankruptcy Procedure: (I) Authorizing Incurrence By The Debtor Of Post-Petition Secured Indebtedness With Limited Administrative Superpriority, (II) Granting Liens, (III) Modifying The Automatic Stay, And (IV) Scheduling A Final Hearing** (the "Interim DIP Financing Order"), a copy of which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on **November 4, 2008**, Judge Eugene R. Wedoff shall conduct a final hearing on the DIP Financing Order in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, at which time the Court may enter the **Final Order Pursuant To 11 U.S.C. Sections 105, 361, 362, And 364 And Rules 2002, 4001 And 9014 Of The Federal Rules Of Bankruptcy Procedure: (I) Authorizing Incurrence By The Debtor Of Post-Petition Secured Indebtedness With Limited Administrative Superpriority, (II) Granting Liens, And (III) Modifying The Automatic Stay** (the "Final DIP Financing Order"), a copy of which is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that any party that wishes to file a written objection to entry of the Final DIP Financing Order must do so by filing such objection with the Clerk of the United States Bankruptcy Court, at 219 South Dearborn, Chicago, Illinois 60604, on or before **October 31, 2008 at 5:00 p.m.** (the "Objection Deadline"). Copies of all written objections to the Final DIP Financing Order must be served on (i) the undersigned counsel for the Debtor at Dykema Gossett PLLC, (ii) Paul, Hastings, Janofsky & Walker LLP, Attention: Richard A. Chesley, 191 N. Wacker Drive, 30th Floor, Chicago, Illinois, 60606, and (iii) the Office of the United States Trustee, Attention: M. Gretchen Silver, 219 S. Dearborn St., Room 873, Chicago, Illinois, 60604, so as to be received on or before the Objection Deadline. **Any party may object orally to the Final DIP Financing Order at the final hearing, regardless of whether such party has filed a written objection. If you do not file an objection or object orally at the final hearing, the Final DIP Financing Order will be presented to the Court and may be entered**.

Dated: October 20, 2008                    Respectfully submitted,

                                           **PRINTERS ROW, LLC**


                                           By: /s/ Morgan M. Smith

RICHARD M. BENDIX (#0168130)
MORGAN M. SMITH (#6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
rbendix@dykema.com
mmsmith@dykema.com
*Counsel for the Debtor*