IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRINTERS ROW, LLC, | ) | Case No.: 08-17301 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |

## ORDER AUTHORIZING AND APPROVING DEBTOR'S ENTRY INTO SETTLEMENT AGREEMENT WITH MERCHANTS CAPITAL SOURCE, LLC

This matter has come before the Court upon the Debtor's *Motion for the Entry of an Order Approving Debtor's Entry Into Settlement Agreement with Merchants Capital Source, LLC* (the "Motion"), due notice having been served upon all parties entitled thereto, and the Court having jurisdiction over this core matter and being fully advised in the premises.

IT IS THEREFORE ORDERED THAT the

A.    The Motion is hereby granted;

B.    The Debtor is authorized to enter into the Settlement Agreement with Merchants Capital Source, LLC ("MCS") attached to the Motion as **Exhibit A** and the Settlement Agreement is hereby approved.

C.    The Debtor is authorized to take the steps necessary to consummate the Settlement Agreement.

D.    Claim No. 31 is hereby disallowed, and all other claims of MCS against the Debtor or the Debtor's estate, if any, are hereby disallowed in their entirety

Chicago, Illinois

Dated: June 29, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

I/2382532.1