IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRINTERS ROW, LLC, | ) | Case No.: 08-17301 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |

### ORDER GRANTING FINAL FEE APPLICATION OF ICE MILLER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTOR

This matter has come before the Court upon *Final Fee Application of Ice Miller LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Counsel for the Debtor* (the "Application"), filed herein by Ice Miller, LLP ("Ice Miller"). The Court, having considered the Application, having held a Hearing thereon and being duly advised in the premises, now finds that the relief requested in the Application is appropriate under sections 327(e), 330, and 331 of the Bankruptcy Code and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Application adequately details the work performed, the person performing the work, the time spent, the hourly rate charged for each person performing the work, and the expenses for which reimbursement is sought.

2.   The services rendered by Ice Miller were necessary and beneficial to the Debtor's estates and the fees and expenses incurred are compensable from the Debtor's estate.

3.   The Application is hereby approved and Ice Miller is hereby allowed the sum of Three Hundred Twenty-One Thousand, Seven Hundred Fourteen and 10/100 Dollars ($321,714.10) as final compensation for legal services rendered during the Fee Period (as defined in the Application) and the sum of Three Thousand, Nine Hundred Thirty-Seven and

86/100 Dollars ($3,937.86) as final reimbursement for out-of-pocket expenses incurred during the Fee Period.


Chicago, Illinois

Dated: _June 29_____, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

I/2461905.1