IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRINTERS ROW, LLC, | ) | Case No.: 08-17301 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |

## ORDER GRANTING MOTION FOR ENTRY OF A FINAL DECREE CLOSING CASE

This matter has come before the Court upon the Debtor's *Motion for Entry of a Final Decree Closing Case and for Entry of Related Relief Order* (the "Motion"), due notice having been served upon all parties entitled thereto, and the Court having jurisdiction over this core matter and being fully advised in the premises.

IT IS THEREFORE ORDERED THAT the

A.   The Motion is hereby granted;

B.   The above-captioned bankruptcy case shall be closed as provided for in Bankruptcy Rule 3022, effective as of the date this order is entered.

C.   This Court retains jurisdiction with respect to all adversary proceedings related to the above-referenced bankruptcy case.

D.   This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Chicago, Illinois

Dated: September 22, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

I/2382532.1